UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ORGANON TEKNIKA CORPORATION LLC,<br><br>　　　　Defendant. | Case No. 09-CV-04251<br><br>Judge Guzman |

---

## DEFENDANT ORGANON TEKNIKA'S NOTICE OF APPEAL

Notice is hereby given that Organon Teknika Corporation LLC, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final order and judgment entered in this action on the thirty-first day of August, 2009, including all decisions and orders which are merged therein. This notice is timely filed within 30 days of the final order and judgment. *See* Fed. R. App. P. 4(a)(1)(A).

Dated: September 23, 2009

    Respectfully submitted,
    By: /s/ Michael H. King
    Michael H. King
    DEWEY & LEBOEUF LLP
    180 N. Stetson Ave
    Chicago, IL 60601-6710
    Tel: 312-794-8000
    Fax: 312-794-8100

    *Attorney for Organon Teknika Corporation LLC*

**Of Counsel**

Harvey Kurzweil
Henry J. Ricardo
DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019-6092
Tel: 212-259-8000
Fax: 212-259-6333

Savalle C. Sims
ARENT FOX LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Tel: 202-857-8948
Fax: 202-857-6395

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that the foregoing Notice of Appeal and Attorney Appearance Form for Michael H. King were served by operation of the Court's electronic filing system, first class mail and electronic mail on this 23rd day of September 2009 upon the following individuals:

| | |
|---|---|
| Rolf O. Stadheim | Stadheim@StadheimGrear.com |
| Joseph A. Grear | Grear@StadheimGrear.com |
| George C. Summerfield | Summerfield@StadheimGrear.com |
| Keith A. Vogt | Vogt@StadheimGrear.com |
| Steven R. Pederson | Pederson@StadheimGrear.com |

STADHEIM & GREAR, LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, IL 60611

*Attorneys for Plaintiff The Board of Trustees of the University of Illinois*

      /s/ Maya C. Dharwarkar
      Maya C. Dharwarkar